*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 17-BS-489**

IN RE: LINDA K. HANTEN,

                        Respondent.               Board Docket No. 16-BD-079

Bar Registration No. 384687                  DDN: 294-14

BEFORE: Beckwith and Easterly, Associate Judges, and Nebeker, Senior Judge.

### O R D E R
(FILED – October 26, 2017)

On consideration of the affidavit of Linda K. Hanten, wherein she consents to disbarment from the bar of the District of Columbia pursuant to § 12 of Rule XI of the Rules of the District of Columbia Court of Appeals Governing the Bar of the District of Columbia, which affidavit has been filed with the Clerk of this court, and the report and recommendation of the Board on Professional Responsibility, it is this 26th day of October 2017,

ORDERED that the said Linda K. Hanten is hereby disbarred by consent, effective forthwith. The effective date of respondent's disbarment shall run, for reinstatement purposes, from the date respondent files her affidavit pursuant to D.C. Bar Rule XI, § 14 (g).

The Clerk shall publish this order, but the affidavit shall not be publicly disclosed or otherwise made available except upon order of the court or upon written consent of the respondent.

The Clerk shall cause a copy of this order to be transmitted to the Chairman of the Board on Professional Responsibility and to the respondent, thereby giving her notice of the provisions of Rule XI, §§ 14 and 16, which set forth certain rights and responsibilities of disbarred attorneys and the effect of failure to comply therewith.

**PER CURIAM**